2019R00167/JMM

RECEIVED
September 15, 2020
At: 8:30_____.m
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp, U.S.D.J. |
| v. | : | Criminal Number: 20-781 (MAS) |
| JONATHAN L. XIE | : | 18 U.S.C. § 2339C(c)(2)(A) 18 U.S.C. § 2339C(d)(2) 18 U.S.C. § 2 |

INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

In or about April 2019, in the District of New Jersey and elsewhere, the defendant,

JONATHAN L. XIE,

did knowingly conceal and disguise the nature, location, source, ownership, and control of material support and resources, and funds, knowing and intending that the support and resources were provided to a designated foreign terrorist organization, namely Harakat al-Muqawamah al-Islamiyya and the Islamic Resistance Movement (HAMAS), contrary to Title 18, United States Code, Section 2339B(a)(1).

In violation of Title 18, United States Code, Section 2339C(c)(2)(A), Title 18, United States Code, 2339C(d)(2), and Title 18, United States Code, Section 2.

*Craig Carpenito*
CRAIG CARPENITO
United States Attorney

Case Number: 20-781-01 (MAS)

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**JONATHAN L. XIE**

## INFORMATION FOR

18 U.S.C. § 2339C(c)(2)(A)
18 U.S.C. § 2339C(d)(2)
18 U.S.C. § 2

Craig Carpenito
United States Attorney
for the District of New Jersey

Joyce M. Malliet
Assistant U.S. Attorney
Newark, New Jersey
(973) 645-2876