RECEIVED

September 15, 2020

At: 8:30 _____.m

WILLIAM T. WALSH

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Michael A. Shipp |
| v. | Crim. No. 20-781-01 (MAS) |
| JONATHAN L. XIE | **WAIVER OF INDICTMENT** |

I, Jonathan L. Xie, the above-named defendant, who is charged with knowingly concealing and disguising the nature, location, source, ownership and control of the attempted provision of material support and resources to a designated foreign terrorist organization, namely Harakat al-Muqawamah al-Islamiyya and the Islamic Resistance Movement (HAMAS), in or about April 2019, contrary to Title 18, United States Code, Section 2339B(a)(1), in violation of Title 18, United States Code, Sections 2339C(c)(2)(A), 2339C(d)(2), and 2, being advised of the charges, the proposed Information, and my rights, hereby waive in open court on _9/14/2020_, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Jonathan L. Xie
Defendant

_____
Thomas A. Durkin
Counsel for Defendant

Before: _____
HONORABLE MICHAEL A. SHIPP
United States District Judge