UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN XIE | Criminal No. 20-781 (MAS)<br><br>SENTENCING SUBMISSION<br>NOTICE OF DEFENDANT<br>JONATHAN XIE |

Please be advised that, on this date, September 23, 2024, defendant Jonathan Xie, submitted sentencing materials to the Court in this case.

Date: September 23, 2024

By: *[signature]*

Aidan P. O'Connor, Esq.
Pashman Stein Walder Hayden, PC
Court Plaza South, Suite 200
21 Main Street
Hackensack, New Jersey 07601